**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHANIE PEREZ, on behalf of herself and a class, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 06 C 0045 |
| Z. FRANK, L.L.C. d/b/a Z FRANK CHEVROLET; and WELLS FARGO FINANCIAL ACCEPTANCE, LLC f/k/a WELLS FARGO FINANCIAL ACCEPTANCE, INC., | ) ) ) ) ) ) ) | Chief Judge Holderman Magistrate Judge Keys Related to: No. 06 C 1949 |
| Defendants. | ) ) | |

**PROOF OF COMPLIANCE WITH NOTICE PROVISIONS**
**OF CLASS ACTION FAIRNESS ACT**

Defendant Wells Fargo Financial Acceptance, LLC f/k/a Wells Fargo Financial Acceptance, Inc. ("Wells Fargo"), by and through its counsel, and in accordance with the Preliminary Approval Order entered by this Court on January 17, 2007, submits the Affidavit of Joshua D. Davidson (attached hereto as Exhibit 1) as proof of Wells Fargo's compliance with its notice obligations under Section 1715 of the Class Action Fairness Act, 28 U.S.C. § 1715.

Dated: April 24, 2007

                              **WELLS FARGO FINANCIAL ACCEPTANCE, LLC**, Defendant

                              s/ Joshua D. Davidson
                                  One of Its Attorneys

Craig A. Varga
Joshua D. Davidson
VARGA BERGER LEDSKY HAYES & CASEY
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60604
(312) 341-9400

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE PEREZ,<br>on behalf of herself and a class, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 06 C 0045 |
| Z. FRANK, L.L.C. d/b/a<br>Z FRANK CHEVROLET; and<br>WELLS FARGO FINANCIAL<br>ACCEPTANCE, LLC f/k/a<br>WELLS FARGO FINANCIAL<br>ACCEPTANCE, INC., | ) ) ) ) ) ) ) | Chief Judge Holderman<br>Magistrate Judge Keys<br><br>Related to: No. 06 C 1949 |
| Defendants. | ) | |

## AFFIDAVIT OF JOSHUA D. DAVIDSON

I, Joshua D. Davidson, being first duly sworn upon my oath, and under penalties of perjury, depose and state as follows:

1.      I am an adult of sound mind and body and can testify to the matters set forth in this affidavit at a hearing, based upon personal knowledge.  I am an attorney with Varga Berger Ledsky Hayes & Casey, and represent Defendant Wells Fargo Financial Acceptance, LLC in Perez v. Z. Frank, L.L.C. d/b/a Z. Frank Chevrolet, et al., No. 06 C 0045 (N.D. Ill.), and related case Holt v. Jerry Biggers Chevrolet, Inc., et al., No. 06 C 1949 (N.D. Ill.).  This affidavit is given in connection with Wells Fargo's completion of its notice obligations under 28 U.S.C. § 1715.

2.      On January 15, 2007, Plaintiff Stephanie Perez and Plaintiff Catherine Holt (in the related Holt case) filed Plaintiffs' (Unopposed) Motion for Preliminary Approval of Class Action Settlement and Notice to the Class.  Pursuant to the requirements of 28 U.S.C. § 1715, Wells Fargo was required to provide notice of the proposed settlement to its primary federal regulator.

3.      Wells Fargo is a "non-depository institution subsidiary" of a depository institution

holding company, and thus notice to its primary federal regulator satisfies the notice requirement.

See 28 U.S.C. § 1715(c)(1).  Wells Fargo's primary federal regulator is the Federal Reserve Board

("FRB").

       4.      On January 25, 2007, I sent the required notice containing the enclosures required

under 28 U.S.C. § 1715(b) to:

> Jennifer J. Johnson, Secretary
> Board of Governors of the Federal Reserve
> 20th Street and Constitution Avenue, NW
> Washington, DC 20551

The notice was sent via Federal Express and received on January 26, 2007, as evidenced by the

tracking report attached hereto as Exhibit A.

       5.      Pursuant to instructions by the FRB, a courtesy copy of the notice was also sent via

Federal Express to:

> Philip Acquilino
> Federal Reserve Bank of San Francisco
> 101 Market Street
> San Francisco, California 94105

The tracking report, evidencing receipt on January 26, 2007, is attached hereto as Exhibit B.

FURTHER AFFIANT SAYETH NOT.

_Joshua W. Davidson_
Joshua D. Davidson

Subscribed and sworn to
Before me this 24th day of
April, 2007.

_Rita A. Ayers_
Notary Public

OFFICIAL SEAL
RITA A AYERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/05/10

# EXHIBIT A



US Home

Español

Information Center | Customer Support | Site Map

Search      Go!

**Package / Envelope Services**    Office / Print Services    Freight Services    Expedited Services

Ship     **Track**     Manage My Account     International Tools

Track Shipments
## Detailed Results

🖨 Printable Version    ❓ Quick Help

| | | | | | |
|---|---|---|---|---|---|
| **Tracking number** | 791623517846 | **Reference** | WFF-023 | **Wrong Address?** | |
| **Signed for by** | D.JENKINS | **Destination** | Washington, DC | Reduce future mistakes by using | |
| **Ship date** | Jan 25, 2007 | **Delivered to** | Shipping/Receiving | FedEx Address Checker. | |
| **Delivery date** | Jan 26, 2007 9:44 AM | **Service type** | Priority Pak | | |
| | | **Weight** | 3.0 lbs. | Tracking a FedEx SmartPost | |

**Status**            Delivered                          Shipment?
                                                         Go to shipper login
**Signature image**   No
available

Take 15% off
list rates on eligible
FedEx Express®
online shipments.

Learn more >>

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 26, 2007 | 9:44 AM | Delivered | Washington, DC | |
| | 9:10 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:21 AM | At local FedEx facility | WASHINGTON, DC | |
| | 4:46 AM | At dest sort facility | DULLES, VA | |
| | 4:16 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| Jan 25, 2007 | 11:42 PM | Departed FedEx location | CHICAGO, IL | |
| | 9:49 PM | Arrived at FedEx location | CHICAGO, IL | |
| | 9:22 PM | Left origin | CHICAGO, IL | |
| | 8:29 PM | Picked up | CHICAGO, IL | |
| | 5:10 PM | Package data transmitted to FedEx | | |

Signature proof    E-mail results    Track more shipments

Subscribe to tracking updates (optional)

**Your Name:** [                ]    **Your E-mail Address:** [                ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [        ] | English | ☐ | ☐ |
| [        ] | English | ☐ | ☐ |
| [        ] | English | ☐ | ☐ |
| [        ] | English | ☐ | ☐ |

**Select format:** ⦿ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

[                ]

By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>

[Submit]

<u>Global Home</u> | <u>Service Info</u> | <u>About FedEx</u> | <u>Investor Relations</u> | <u>Careers</u> | <u>fedex.com Terms of Use</u> | <u>Privacy Policy</u>
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx

# EXHIBIT B



US Home

Español

Information Center | Customer Support | Site Map

Search [ ] Go!

**Package / Envelope Services** | Office / Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

Track Shipments
## Detailed Results

📠 Printable Version    ❓ Quick Help

| | | | | | |
|---|---|---|---|---|---|
| Tracking number | 798093790882 | Reference | | WFF-023 | **Wrong Address?** |
| Signed for by | E.HUYNH | Destination | | San Francisco, CA | Reduce future mistakes by using |
| Ship date | Jan 25, 2007 | Delivered to | | Mailroom | FedEx Address Checker. |
| Delivery date | Jan 26, 2007 8:57 AM | Service type | | Priority Pak | |
| | | Weight | | 3.0 lbs. | Tracking a FedEx SmartPost Shipment? |
| **Status** | Delivered | | | | Go to shipper login |
| **Signature image available** | Yes | | | | |

Take 15% off
list rates on eligible
FedEx Express®
online shipments.

Learn more >>

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 26, 2007 | 8:57 AM | Delivered | San Francisco, CA | |
| | 7:49 AM | On FedEx vehicle for delivery | SAN FRANCISCO, CA | |
| | 6:59 AM | At local FedEx facility | SAN FRANCISCO, CA | |
| | 5:24 AM | At dest sort facility | SAN FRANCISCO, CA | |
| | 4:43 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:21 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 12:14 AM | Departed FedEx location | CHICAGO, IL | |
| Jan 25, 2007 | 9:49 PM | Arrived at FedEx location | CHICAGO, IL | |
| | 9:22 PM | Left origin | CHICAGO, IL | |
| | 8:29 PM | Picked up | CHICAGO, IL | |
| | 5:04 PM | Package data transmitted to FedEx | | |

Signature proof | E-mail results | Track more shipments

Subscribe to tracking updates (optional)

Your Name: [                    ]     Your E-mail Address: [                    ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |

Select format: ● HTML ○ Text ○ Wireless

Add personal message:

Not available for Wireless or non-English characters.

[                    ]

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>     

<u>Global Home</u> | <u>Service Info</u> | <u>About FedEx</u> | <u>Investor Relations</u> | <u>Careers</u> | <u>fedex.com Terms of Use</u> | <u>Privacy Policy</u>
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx

## CERTIFICATE OF SERVICE

Joshua D. Davidson, an attorney, hereby certifies that a true and correct copy of the

foregoing **Proof of Compliance with Notice Provisions of Class Action Fairness Act** was

served electronically upon:

**Cathleen M. Combs**
ccombs@edcombs.com

**Daniel A. Edelman**
courtecl@aol.com  dedelman@edcombs.com

**James O. Latturner**
jlatturner@edcombs.com

**Michelle R. Teggelaar**
mteggelaar@edcombs.com

**Megan Mae Mathias**
mmathias@hardtstern.com

**Gary Edward Wilcox**
gwilcox@hardtstern.com

**Stephen R. Johnson**
sjohnson@lglfirm.com

**Richard M. Tomich**
rtomich@lglfirm.com

by filing of said document through the Court's electronic filing system this 24th day of April, 2007.

s/  Joshua D. Davidson